IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | **COUNT ONE:** |
| | ) | **(Defendant Wardlow)** |
| v. | ) | **Commercial Sex Trafficking of a Child** |
| | ) | 18 U.S.C. §§ 1591(a) and (b)(2), and 1594(a) |
| TONY EUGENE WARDLOW, | ) | NLT: 10 Years Imprisonment |
| [DOB: 2/11/1959], | ) | NMT: Life Imprisonment |
| | ) | NMT: $250,000 Fine |
| and | ) | Supervised Release: NLT Five Years, NMT Life |
| | ) | Class A Felony |
| THOMAS FARRELL, | ) | |
| [DOB: 10/2/1964], | ) | **COUNT TWO:** |
| | ) | **(Defendant Wardlow)** |
| Defendants. | ) | **Enticement of a Minor** |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | NLT: 10 Years Imprisonment |
| | ) | NMT: Life Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: NLT Five Years, NMT Life |
| | ) | Class A Felony |
| | ) | |
| | ) | **COUNT THREE:** |
| | ) | **(Defendant Farrell)** |
| | ) | **Enticement for Prostitution** |
| | ) | 18 U.S.C. §§ 2422(a) and 2 |
| | ) | NMT: 20 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: NLT Five Years, NMT Life |
| | ) | Class C Felony |
| | ) | |
| | ) | **COUNT FOUR:** |
| | ) | **(Defendant Farrell)** |
| | ) | **Transportation for Prostitution** |
| | ) | 18 U.S.C. §§ 2421 and 2 |
| | ) | NMT: 10 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: NLT Five Years, NMT Life |
| | ) | Class B Felony |
| | ) | |
| | ) | |
| | ) | |

|   |   |
|---|---|
| ) | **COUNT FIVE:** |
| ) | **(Defendant Wardlow)** |
| ) | **Transportation of a Minor for Prostitution** |
| ) | 18 U.S.C. §§ 2423(a) and (e), 2426 and 2 |
| ) | NLT: 10 Years Imprisonment |
| ) | NMT: Life Imprisonment |
| ) | NMT: $250,000 Fine |
| ) | Supervised Release: NLT Five Years, NMT Life |
| ) | Class A Felony |
| ) | |
| ) | **COUNT SIX:** |
| ) | **(Defendant Wardlow)** |
| ) | **Felon in Possession of a Firearm** |
| ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| ) | NMT: 10 Years Imprisonment |
| ) | NMT: $250,000 Fine |
| ) | Supervised Release: NMT 3 Years |
| ) | Class C Felony |
| ) | |
| ) | $100 Special Assessment for |
| ) | Each Count One to Six |
| ) | |

## I N D I C T M E N T

### THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about August 1, 2011, and on or about September 30, 2011, said dates being approximate, in the Western District of Missouri and elsewhere, **TONY EUGENE WARDLOW**, defendant herein, knowing and in reckless disregard of the fact that Child Victim ("CV") had not attained the age of 18 years and would be caused to engage in a commercial sex act, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely CV, and benefitted financially and by receiving something of value from participation in a venture which engaged in recruiting,

2

enticing, harboring, transporting, providing, obtaining, and maintaining the CV, and attempted to do so.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2), and 1594(a).

## COUNT TWO

Between on or about August 1, 2011, and on or about September 21, 2011, said dates being approximate, in the Western District of Missouri and elsewhere, **TONY EUGENE WARDLOW**, defendant herein, did knowingly use any facility of interstate and foreign commerce, to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, that is, the following crimes proscribed by the statutes of the State of Texas: prostitution (TEX. PENAL CODE § 43.02), promotion of prostitution (TEX. PENAL CODE § 43.03), and compelling prostitution (TEX. PENAL CODE § 43.05), and attempted to do so.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT THREE

Between on or about August 1, 2011, and on or about September 21, 2011, said dates being approximate, in the Western District of Missouri and elsewhere, **THOMAS FARRELL**, defendant herein, did knowingly persuade, induce, entice, and coerce an individual, namely, Child Victim ("CV"), to travel in interstate and foreign commerce, that is, from Missouri to Texas, to engage in prostitution, and any sexual activity for which a person can be charged with a criminal offense, that is, the following crimes proscribed by the statutes of the State of Texas: prostitution (TEX. PENAL CODE § 43.02), promotion of prostitution (TEX. PENAL CODE § 43.03), and compelling prostitution (TEX. PENAL CODE § 43.05), and attempted to do so.

3

All in violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT FOUR

Between on or about September 18, 2011, and on or about September 21, 2011, said dates being approximate, in the Western District of Missouri and elsewhere, **THOMAS FARRELL**, defendant herein, did knowingly transport an individual, namely, Child Victim ("CV"), in interstate and foreign commerce, that is, from Missouri to Texas, with intent that CV engage in prostitution, and any sexual activity for which a person can be charged with a criminal offense, that is, the following crimes proscribed by the statutes of the State of Texas: prostitution (TEX. PENAL CODE § 43.02), promotion of prostitution (TEX. PENAL CODE § 43.03), and compelling prostitution (TEX. PENAL CODE § 43.05), and attempted to do so.

All in violation of Title 18, United States Code, Sections 2421 and 2.

## COUNT FIVE

Between on or about September 18, 2011, and on or about September 21, 2011, said dates being approximate, in the Western District of Missouri and elsewhere, **TONY EUGENE WARDLOW**, did knowingly transport an individual who had not attained the age of 18 years, namely, Child Victim ("CV"), in interstate and foreign commerce with intent that CV engage in prostitution and in any sexual activity for which any person can be charged with a criminal offense, that is, the following crimes proscribed by the statutes of the State of Texas: prostitution (TEX. PENAL CODE § 43.02), promotion of prostitution (TEX. PENAL CODE § 43.03), and compelling prostitution (TEX. PENAL CODE § 43.05), and attempted to do so.

All in violation of Title 18, United States Code, Sections 2423(a) and (e), 2426, and 2.

4

## COUNT SIX

On or about December 12, 2012, in the Western District of Missouri, the defendant,

**TONY EUGENE WARDLOW**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Marlin model 60 .22 caliber rifle, Serial number 24346949, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

__/s/ Timothy L. Pierce_____
FOREPERSON OF THE GRAND JURY

_/s/ Patrick D. Daly_____
PATRICK D. DALY
Assistant United States Attorney

Dated:____3/13/13_____

5