IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   13-00083-01/02-CR-W-DW |
| | ) | |
| v. | ) | **COUNT ONE:** |
| | ) | **(Defendant Wardlow)** |
| TONY EUGENE WARDLOW, | ) | **Commercial Sex Trafficking of a Child** |
| [DOB: 2/11/1959], | ) | 18 U.S.C. §§ 1591(a) and (b)(2), and 1594(a) |
| | ) | NLT: 10 Years Imprisonment |
| and | ) | NMT: Life Imprisonment |
| | ) | NMT: $250,000 Fine |
| THOMAS FARRELL, | ) | Supervised Release: NLT Five Years, NMT Life |
| [DOB: 10/2/1964], | ) | Class A Felony |
| | ) | |
| Defendants. | ) | **COUNT TWO:** |
| | ) | **(Defendants Wardlow and Farrell)** |
| | ) | **Transportation for Prostitution** |
| | ) | 18 U.S.C. §§ 2421 and 2 |
| | ) | NMT: 10 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: NLT Five Years, NMT Life |
| | ) | Class C Felony |
| | ) | |
| | ) | **COUNT THREE:** |
| | ) | **(Defendant Wardlow)** |
| | ) | **Felon in Possession of a Firearm** |
| | ) | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | ) | NMT: 10 Years Imprisonment |
| | ) | NMT: $250,000 Fine |
| | ) | Supervised Release: NMT 3 Years |
| | ) | Class C Felony |
| | ) | |
| | ) | $100 Special Assessment for |
| | ) | Each Count One to Three |

<u>**S U P E R S E D I N G   I N D I C T M E N T**</u>

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>

Between on or about August 1, 2011, and on or about September 30, 2011, said dates being approximate, in the Western District of Missouri and elsewhere, TONY EUGENE WARDLOW, defendant herein, knowing and in reckless disregard of the fact that Child Victim ("CV") had not attained the age of 18 years and would be caused to engage in a commercial sex act, did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, namely CV, and benefitted financially and by receiving something of value from participation in a venture which engaged in recruiting, enticing, harboring, transporting, providing, obtaining, and maintaining the CV, and attempted to do so.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2), and 1594(a).

<u>**COUNT TWO**</u>

Between on or about September 18, 2011, and on or about September 21, 2011, said dates being approximate, in the Western District of Missouri and elsewhere, **TONY EUGENE WARDLOW** and **THOMAS FARRELL**, defendants herein, did knowingly transport an individual, namely, Child Victim ("CV"), in interstate and foreign commerce, that is, from Missouri to Texas, with intent that CV engage in prostitution, and any sexual activity for which a person can be charged with a criminal offense, that is, the following crimes proscribed by the statutes of the State of Texas: prostitution (TEX. PENAL CODE § 43.02), promotion of prostitution (TEX. PENAL CODE § 43.03), and compelling prostitution (TEX. PENAL CODE § 43.05), and attempted to do so.

All in violation of Title 18, United States Code, Sections 2421 and 2.

<h1 style="text-align:center"><strong><u>COUNT THREE</u></strong></h1>

On or about December 12, 2012, in the Western District of Missouri, the defendant,

**TONY EUGENE WARDLOW**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Marlin model 60 .22 caliber rifle, Serial number 24346949, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).


A TRUE BILL.


___/s/ Boris A. Stancic_____
FOREPERSON OF THE GRAND JURY

___/s/ Patrick D. Daly_____
PATRICK D. DALY
Assistant United States Attorney

Dated:_____1/29/14_____

3