**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00083-01-CR-W-DW |
| | ) | |
| TONY EUGENE WARDLOW, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S AMENDED WITNESS LIST

COMES NOW the Defendant, Tony Eugene Wardlow, by counsel, Laine Cardarella,

Assistant Federal Public Defender, and submits the following list of witnesses that may be called

at trial in the above-captioned case:

1. Rob Anderson
   Dekalb, Missouri

2. Allen Bush
   Kansas City, Missouri

3. John Caudron
   Weston, Missouri

4. Comeka Clark
   Kansas City, Missouri

5. Alan Jenerich
   Parkville, Missouri

6. Special Agent Benjamin Kinsey

7. Mary Lindstrom
   St. Joseph, Missouri

8. Connie Newton
   Spring Hill, Kanas

1

9.  Gayla Robinson
    Spring Hill, Kansas

10. Mike Weidmaier
    Gladstone, Missouri

                              Respectfully submitted,


                              /s/ Laine Cardarella
                              Laine Cardarella
                              Assistant Federal Public Defender
                              818 Grand, Suite 300
                              Kansas City, MO 64106
                              (816) 471-8282



**CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that the foregoing was electronically filed on this 12th day of December, 2014, and that a copy was sent via e-mail to Patrick Daly, Assistant U.S. Attorney, Western District of Missouri, 400 E. 9th Street, 5th Floor, Kansas City, Missouri 64106; pursuant to the Electronic Case Filing System.


                              /s/ Laine Cardarella
                              Laine Cardarella

2