**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-00083-01-CR-W-DW |
| | ) | |
| TONY EUGENE WARDLOW, | ) | |
| | ) | |
| Defendant. | ) | |

**FOURTH AMENDED EXHIBIT LIST**

COMES NOW the Defendant, Tony Eugene Wardlow, through counsel, Laine Cardarella, Assistant Federal Public Defender for the Western District of Missouri, and hereby files his list of exhibits in the above-entitled cause.

1.  Photograph of Tony Eugene Wardlow

2.  Rifle case

3.  Handgun case

4.  Strum Ruger Black Powder Revolver

5.  Knight Muzzle Loader, 12 Gauge

6.  US v. Farrell plea agreement

7.  Kastigar letter re: T. Farrell

8.  Correspondence related to Farrell plea negotiations

9.  Correspondence related to Farrell sentencing recommendation

10. Confidential letter to Court re: T. Farrell

11. Audio File, CCA Jail Call May 3, 2013, Tony Wardlow/Tom Farrell

12. Portion of audio of Exhibit 11

13. Transcript of Exhibit 12

14. Portion of audio of Exhibit 11

15. Transcript of Exhibit 14

16. Portion of audio of Exhibit 11

17. Transcript of Exhibit 16

18. Portion of audio of Exhibit 11

19. Transcript of Exhibit 18.

20. Portion of audio of Exhibit 11

21. Transcript of Exhibit 20

22. Audio File, CCA Jail Call May 8, 2013, Tony Wardlow/Tom Farrell

23. Portion of audio of Exhibit 22

24. Transcript of Exhibit 23

25. Portion of audio of Exhibit 22

26. Transcript of Exhibit 25

27. Portion of audio of Exhibit 22

28. Transcript of Exhibit 27

29. Video, FBI interview of Tom Farrell, December 17, 2012

30. Clip from video of Exhibit 29

31. Transcript of Exhibit 30

32. Clip from video of Exhibit 29

33. Transcript of Exhibit 32

34. Clip from video of Exhibit 29

35. Transcript of Exhibit 34

36. Clip from video of Exhibit 29

37. Transcript of Exhibit 36

38.   Clip from video of Exhibit 29

39.   Transcript of Exhibit 38

40.   Clip from video of Exhibit 29

41.   Transcript of Exhibit 40

42.   Clip from video of Exhibit 29

43.   Transcript of Exhibit 42

44.   Clip from video of Exhibit 29

45.   Transcript of Exhibit 44

46.   U.S.S.C. §3B1.2

47.   Transcript of Thomas Farrell guilty plea

Respectfully submitted,


/s/ Laine Cardarella
Laine Cardarella
Assistant Federal Public Defender
818 Grand, Suite 300
Kansas City, MO 64106
(816) 471-8282


**CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that this motion was electronically filed this 14th day of December, 2014, and that a copy was sent via e-mail to Patrick Daly, Assistant U.S. Attorney, 400 E. 9th St., 5th Floor, KC, MO 64106; pursuant to the Electronic Case Filing System.


/s/ Laine Cardarella
Laine Cardarella

UNITED STATES OF AMERICA,

        Plaintiff,

v.

TONY EUGENE WARDLOW,

        Defendant.

ACTION NUMBER
12-00083-01-CR-W-

# E X H I B I T      I N D E X

√   - Offered & Admitted w/o objection

Ex.  – Offered, but objected to and excluded
D.B. – Admitted, de bene

Ltd.  – Admitted for limited purposes
  X   - Offered & Admitted over objection
N.O.  – Marked but not offered
W.D.  – Offered then withdrawn

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | Photograph of Tony Eugene Wardlow |
| 2 | | | | Rifle case |
| 3 | | | | Handgun case |
| 4 | | | | Strum Ruger Black Powder Revolver |
| 5 | | | | Knight Muzzle Loader, 12 Gauge |
| 6 | | | | US v. Farrell plea agreement |
| 7 | | | | Kastigar letter re: T. Farrell |
| 8 | | | | Correspondence related to Farrell plea negotiations |
| 9 | | | | Correspondence related to Farrell sentencing recommendation |
| 10 | | | | Confidential letter to Court re: T. Farrell |
| 11 | | | | Audio File, CCA Jail Call May 3, 2013, Tony Wardlow/Tom Farrell |
| 12 | | | | Portion of audio of Exhibit 11 |
| 13 | | | | Transcript of Exhibit 12 |
| 14 | | | | Portion of audio of Exhibit 11 |
| 15 | | | | Transcript of Exhibit 14 |
| 16 | | | | Portion of audio of Exhibit 11 |
| 17 | | | | Transcript of Exhibit 16 |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____      _____
SIGNATURE                     PRINTED NAME

**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI**

**WESTERN DIVISION**

**C O N T I N U A T I O N   E X H I B I T   I N D E X**

UNITED STATES vs. WARDLOW

ACTION NUMBER 13-00083-01-CR-W-DW          PAGE # 2

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 18 | | | | Portion of audio of Exhibit 11 |
| 19 | | | | Transcript of Exhibit 18 |
| 20 | | | | Portion of audio of Exhibit 11 |
| 21 | | | | Transcript of Exhibit 20 |
| 22 | | | | Audio File, CCA Jail Call May 8, 2013, Tony Wardlow/Tom Farrell |
| 23 | | | | Portion of audio of Exhibit 22 |
| 24 | | | | Transcript of Exhibit 23 |
| 25 | | | | Portion of audio of Exhibit 22 |
| 26 | | | | Transcript of Exhibit 25 |
| 27 | | | | Portion of audio of Exhibit 22 |
| 28 | | | | Transcript of Exhibit 27 |
| 29 | | | | Video, FBI interview of Tom Farrell, December 17, 2012 |
| 30 | | | | Clip from video of Exhibit 29 |
| 31 | | | | Transcript of Exhibit 30 |
| 32 | | | | Clip from video of Exhibit 29 |
| 33 | | | | Transcript of Exhibit 32 |
| 34 | | | | Clip from video of Exhibit 29 |
| 35 | | | | Transcript of Exhibit 34 |
| 36 | | | | Clip from video of Exhibit 29 |
| 37 | | | | Transcript of Exhibit 36 |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

SIGNATURE                    PRINTED NAME

**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI**

**WESTERN DIVISION**

**C O N T I N U A T I O N   E X H I B I T   I N D E X**

UNITED STATES     vs.   WARDLOW

ACTION NUMBER   13-00083-01-CR-W-DW      PAGE #   3

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 38 | | | | Clip from video of Exhibit 29 |
| 39 | | | | Transcript of Exhibit 38 |
| 40 | | | | Clip from video of Exhibit 29 |
| 41 | | | | Transcript of Exhibit 40 |
| 42 | | | | Clip from video of Exhibit 29 |
| 43 | | | | Transcript of Exhibit 42 |
| 44 | | | | Clip from video of Exhibit 29 |
| 45 | | | | Transcript of Exhibit 44 |
| 46 | | | | U.S.S.C. § 3B1.2 |
| 47 | | | | Transcript of Thomas Farrell guilty plea; 2/7/2014 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

SIGNATURE            PRINTED NAME