# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

TONY EUGENE WARDLOW,

        Defendant.

Case No. 13-00083-01-CR-W-DW

## Gov't's EXHIBITS

| | | |
|---|---|---|
| ~ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| Firearms | | | | |
| 1 | ✓ | 12/16 | 2:24 N | Marlin model 60 .22 caliber rifle, serial number 24346949 |
| 2 | ✓ | 14/16 | 2:24 p | Taurus .357 revolver |
| 3 | ✓ | 12/16 | 2:24 p | Austin & Halleck .50 caliber muzzle loader |
| 4 | ✓ | " | 2:39 p | Wardlow's Certified Copy of Conviction |

I certify that I have this date ___12/17/14___ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

PATRICK DALY
PRINTED NAME

SIGNATURE

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| **Photographs from Search Warrant Execution – 8008 SE Saxton Easton** | | | | |
| 5 · | ✓ | 12/16 | 2:14 p | Diagram of Residence |
| 6 | ✓ | 12/16 | " | Rear of Residence (DSC_0002.JPG) |
| 7 | ✓ | | " | Front of Residence (DSC_0003.JPG) |
| 8 | | | | Rear Door (DSC_0004.JPG) |
| 9 | | | | Bedroom (DSC_0014.JPG) |
| 10 | ✓ | 12/16 | 2:14 p | Wardlow Bedroom (DSC_0019.JPG) |
| 11 | ✓ | 12/16 | 2:14 p | Wardlow Bedroom (DSC_0020.JPG) |
| 12 | | | | Wardlow Bedroom (DSC_0021.JPG) |
| 13 | ✓ | 12/16 | 2:14 p | Austin & Halleck black powder rifle (DSC_0022.JPG) |
| 14 | ✓ | 12/16 | 2:14 p | Revolver (DSC_0023.JPG) |
| 15 | | | | Gun box in closet (DSC_0048.JPG) |
| 16 | ✓ | 12/16 | 2:14 p | Revolver (DSC_0051.JPG) |
| 17 | ✓ | 12/16 | 2:09 p | Marlin Model 60 .22 caliber rifle (DSC_0052.JPG) |
| 18 | | | | Wardlow Bedroom (DSC_0075.JPG) |
| 19 | | | | Wardlow Bedroom (DSC_0076.JPG) |
| **Business Records and Receipts** | | | | |
| 20 | ✓ | 12/16 | 2:46 p | Original CD recording of Wardlow Interview (Ex. 25) |
| 21 | | | | Original CD containing Wardlow residence photographs (Exs. 6-19) |
| 22 | ✓ | 12/16 | 2:40 p | Super Inn Hotel Records |
| 23 | ✓ | 12/16 | 2:40 p | Super Inn Business Records Authentication Affidavit |
| 24 | ✓ | 12/16 | 3:18 p | Wardlow Daily Driver Log Books |
| 25 | | | | Recording of Wardlow Interview (12-12-12) |
| 26 | | | | Transcript of Wardlow Interview (12-12-12) |
| 27 | | | | Geo-location Map of Wardlow Travel (9-18-11 to 9-21-11) |
| 28 | ✓ | 12/16 | 11:39 a | T. Farrell Plea Agreement |
| 29 | ✓ | 12/16 | 11:39 a | T. Farrell Correspondence |
| 30 | ✓ | 12/16 | 2:24 p | Taurus .357 Ammunition |
| | | | | |

2