## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TONY EUGENE WARDLOW,

Defendant.

ACTION NUMBER
12-00083-01-CR-W-

## Defendant's E X H I B I T   I N D E X

| √ – Offered & Admitted w/o objection | Ltd. – Admitted for limited purposes |
| --- | --- |
| | X – Offered & Admitted over objection |
| Ex. – Offered, but objected to and excluded | N.O. – Marked but not offered |
| D.B. – Admitted, de bene | W.D. – Offered then withdrawn |

| Exhibit Number | Action Taken | Date | Time | Description |
| --- | --- | --- | --- | --- |
| 1 | √ | 12/17 | 9:31a | Photograph of Tony Eugene Wardlow |
| 2 | √ | 12/16 | 2:10 p | Rifle case |
| 3 | √ | " | 2:30p | Handgun case |
| 4 | | | | Strum Ruger Black Powder Revolver |
| 5 | | | | Knight Muzzle Loader, 12 Gauge |
| 6 | | | | US v. Farrell plea agreement |
| 7 | √ | 12/16 | 12:01p | Kastigar letter re: T. Farrell |
| 8 | | | | Correspondence related to Farrell plea negotiations |
| 9 | | | | Correspondence related to Farrell sentencing recommendation |
| 10 | | | | Confidential letter to Court re: T. Farrell |
| 11 | | | | Audio File, CCA Jail Call May 3, 2013, Tony Wardlow/Tom Farrell |
| 12 | | | | Portion of audio of Exhibit 11 |
| 13 | | | | Transcript of Exhibit 12 |
| 14 | | | | Portion of audio of Exhibit 11 |
| 15 | | | | Transcript of Exhibit 14 |
| 16 | | | | Portion of audio of Exhibit 11 |
| 17 | | | | Transcript of Exhibit 16 |

Page # _____ I CERTIFY that I have this date ___12/17/14___ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_Laine Cardarella_
SIGNATURE

LAINE CARDARELLA
PRINTED NAME

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

## WESTERN DIVISION

## C O N T I N U A T I O N   E X H I B I T   I N D E X

UNITED STATES _____ vs. WARDLOW _____

ACTION NUMBER 13-00083-01-CR-W-DW                    PAGE # _____2_____

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 18 | | | | Portion of audio of Exhibit 11 |
| 19 | | | | Transcript of Exhibit 18 |
| 20 | | | | Portion of audio of Exhibit 11 |
| 21 | | | | Transcript of Exhibit 20 |
| 22 | | | | Audio File, CCA Jail Call May 8, 2013, Tony Wardlow/Tom Farrell |
| 23 | | | | Portion of audio of Exhibit 22 |
| 24 | | | | Transcript of Exhibit 23 |
| 25 | | | | Portion of audio of Exhibit 22 |
| 26 | | | | Transcript of Exhibit 25 |
| 27 | | | | Portion of audio of Exhibit 22 |
| 28 | | | | Transcript of Exhibit 27 |
| 29 | | | | Video, FBI interview of Tom Farrell, December 17, 2012 |
| 30 | | | | Clip from video of Exhibit 29 |
| 31 | | | | Transcript of Exhibit 30 |
| 32 | | | | Clip from video of Exhibit 29 |
| 33 | | | | Transcript of Exhibit 32 |
| 34 | | | | Clip from video of Exhibit 29 |
| 35 | | | | Transcript of Exhibit 34 |
| 36 | | | | Clip from video of Exhibit 29 |
| 37 | | | | Transcript of Exhibit 36 |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____          _____
SIGNATURE                                      PRINTED NAME

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI

## WESTERN DIVISION

### CONTINUATION EXHIBIT INDEX

UNITED STATES _____ vs. WARDLOW _____

ACTION NUMBER___13-00083-01-CR-W-DW_____     PAGE # _____3_____

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 38 | | | | Clip from video of Exhibit 29 |
| 39 | | | | Transcript of Exhibit 38 |
| 40 | | | | Clip from video of Exhibit 29 |
| 41 | | | | Transcript of Exhibit 40 |
| 42 | | | | Clip from video of Exhibit 29 |
| 43 | | | | Transcript of Exhibit 42 |
| 44 | | | | Clip from video of Exhibit 29 |
| 45 | | | | Transcript of Exhibit 44 |
| 46 | | | | U.S.S.C. § 3B1.2 |
| 47 | | | | Transcript of Thomas Farrell guilty plea; 2/7/2014 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page # _____ I CERTIFY that I have this date _____ received from the Clerk, U.S. District Court, Western District of Missouri, the following numbered exhibits for which I will hold myself responsible:

_____     _____
SIGNATURE                          PRINTED NAME